Almira H. James, Respondent, v. Winifred K. Finch, Appellant. — Judgment affirmed, with costs. Opinion by Dykman, J.; Barnard, P. J , not sitting.